Joseph VIGLIOTTI, Appellant, v. Tighe E. WOODS, Housing Expediter, Office of the Housing Expediter, Appellee.

No. 11008.

United States Court of Appeals
Sixth Circuit.

April 12, 1950.

Samuel H. Rubin, Detroit, Mich., for appellant.

Sanford S. Simms, Cleveland, Ohio, Ed. Dupree, General Counsel, Hugh V. Prucha, Asst. General Counsel, Washington, D. C., and Cecil H. Lichliter, Washington, D. C., for appellee.

Before ALLEN, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the briefs of the parties, the transcript of the record, and the arguments of counsel in open court, and it appearing that the District Court made findings of fact and conclusions of law in the above cause, and that the said findings of fact are supported by substantial evidence, and that there is no error in the conclusions of law, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the judgment of the District Court be and is hereby affirmed.

v. Fotheringham, 277 Mich. 566, 571, 269 N. W. 600; Reitenga v. Kalamazoo Creamery Co., 288 Mich. 161, 165, 284 N.W. 683; and that the verdict is supported by substantial evidence;

And it appearing that the District Court correctly charged the jury upon the applicable law, and that no error is assigned to the charge;

And no reversible error appearing in the record:

It is ordered that the judgment be, and it hereby is, affirmed.